IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-cv-437

ADAM RAFAEL and JUSTIN RAFAEL,

                                     Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

                                     Defendant.

**NOTICE OF REMOVAL**

**NOW COMES** Defendant State Farm Fire and Casualty Company ("Defendant State Farm"), by and through undersigned counsel and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and hereby provides a Notice of Removal to this Court from the General Court of Justice, Superior Court Division, Polk County, North Carolina, based on diversity of citizenship and the amount in controversy.

In support of this Notice of Removal, Defendant State Farm respectfully shows unto the Court the following:

1. This civil action was commenced by the filing of a Civil Summons and Complaint by Plaintiffs Adam Rafael and Justin Rafael on October 29, 2025, in the General Court of Justice, Superior Court Division, Polk County, North Carolina, Case No. 25CV000346-740. *See* **Exhibits A** and **B**, the Civil Summons and Complaint, respectively.

2. Plaintiffs' Complaint asserts a claim for breach of contract based on Defendant State Farm's alleged failure to pay full policy proceeds and to provide benefits for a covered loss to the insured property, which Plaintiffs allege sustained windstorm damage from Hurricane Helene. *See* **Exhibit B**, ¶¶ 10, 13-18.

1

3. Pursuant to 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" Plaintiffs served Defendant State Farm by serving the North Carolina Commissioner of Insurance on November 5, 2025, in accordance with N.C. Gen. Stat. § 58-16-30.[1] *See* **Exhibit A.** The Commissioner issued a certified-mail transmittal letter dated November 12, 2025, notifying Defendant State Farm of Plaintiffs' Civil Summons and Complaint. *See* **Exhibit C**, NCDOI Transmittal Letter to Defendant State Farm. Defendant State Farm received the NCDOI Transmittal Letter and Plaintiffs' Civil Summons and Complaint on November 24, 2025. *Id*. This Notice of Removal is therefore filed within thirty (30) days of Defendant State Farm's receipt of the Summons and Complaint and is timely under 28 U.S.C. § 1446(b).

4. Defendant State Farm is an Illinois corporation with its principal place of business in Bloomington, Illinois. Therefore, Defendant State Farm is a citizen of the State of Illinois.

5. Upon information and belief, at the time of the commencement of this action and of the filing of this Notice of Removal, Plaintiffs Adam Rafael and Justin Rafael were and are citizens and residents of Palm Beach Gardens, Palm Beach County, Florida.

6. There is complete diversity of citizenship between Plaintiffs and Defendant.

---

[1] N.C. Gen. Stat. § 58-16-30, Service of legal process upon Commissioner, states:

> As an alternative to service of legal process under G.S. 1A-1, Rule 4, the service of such process upon any insurance company or any foreign or alien entity licensed or admitted and authorized to do business in this State under the provisions of this Chapter may be made by the sheriff or any other person delivering and leaving a copy of the process in the office of the Commissioner with a deputy or any other person duly appointed by the Commissioner for that purpose; or acceptance of service of the process may be made by the Commissioner or a duly appointed deputy or person. Service may also be made by mailing a copy of the summons and of the complaint, registered or certified mail, return receipt requested, addressed to the Commissioner. As a condition precedent to a valid service of process under this section, the party obtaining such service shall pay to the Commissioner at the time of service or acceptance of service the sum of ten dollars ($10.00), which the party shall recover as part of the taxable costs if the party prevails in the action.

7. Plaintiffs complaint indicates they seek damages in excess of $25,000.00. *See* **Exhibit B ¶** 1.

8. Also, prior to filing the Complaint in this action, Plaintiffs sent Defendant State Farm a demand seeking $293,929.20 in damages.

9. Plaintiff's pre-suit demand and communication constitutes "other paper" sufficient to satisfy the amount in controversy requirement of 28 U.S.C. § 1332(a). 28 U.S.C. § 1332(d)(7); *AM-Rail Construction, Inc. v. A&K Railroad Materials, Inc.*, 1:16cv520, 2017 WL 414382, at *2 (M.D.N.C. 2017).

10. The United States District Court for the Western District of North Carolina has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant State Farm will file a Notice of Filing of Notice of Removal with the General Court of Justice, Superior Court Division, Polk County, North Carolina, and will serve a copy of the Notice on Plaintiffs.

12. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court because it is the "district and division embracing the place where such action is pending."

13. No previous application has been made for the relief requested herein.

**WHEREFORE**, Defendant State Farm hereby gives notice to this Honorable Court that this action has been removed from the General Court of Justice, Superior Court Division, Polk County, North Carolina, to the United States District Court for the Western District of North Carolina.

**This the 12th day of December, 2025.**

HEDRICK GARDNER KINCHELOE &
GAROFALO LLP

By: **/s/ *John L. Wright***
**JOHN L. WRIGHT**
NC State Bar No. 45554
**DANIELLE K. KAMINSKI**
NC State Bar No. 63679
4201 Congress Street, Suite 300
Charlotte, NC 28209
Phone: 704-319-5443
Fax: 704-602-8067
**jwright@hedrickgardner.com**
dkaminski@hedrickgardner.com
*Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record. Opposing counsel will be served via electronic correspondence as follows:

Geoffrey Gilbert
Law Offices of Geoffrey Gilbert, P.A.
80 NE 4th Avenue, Suite 12
Delray Beach, Florida 33483
GG@GilbertPropertyLaw.Com
*Attorney for Plaintiffs*

/s/ *John L. Wright*
JOHN L. WRIGHT
NC State Bar No. 45554