# EXHIBIT B

ADAM RAFAEL and JUSTIN RAFAEL, )
)
    Plaintiffs, )
)
v. )
)
STATE FARM FIRE AND CASUALTY )
COMPANY, )
)
    Defendant. )
)

## COMPLAINT

Plaintiffs, Adam Rafael and Justin Rafael, by and through the undersigned counsel, hereby sue the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, and state as follows:

1. This is an action for breach of contract wherein Plaintiffs seek damages more than $25,000, exclusive of interest, costs, and attorney's fees.

2. Plaintiffs, ADAM RAFAEL and JUSTIN RAFAEL, are sui juris in all respects.

3. The insured property and the incident that is the subject of this matter occurred in Polk County, North Carolina.

4. Defendant is, upon information and belief, a corporation authorized to conduct insurance business in the State of North Carolina, and which issues policies of insurance in Polk County, North Carolina, where it has agents and/or other representatives.

5. At all times material hereto, in consideration of premiums paid, there was in full force and effect an insurance policy, Policy Number 93-APC966-7 ("Policy"). See attached Declarations. This Complaint will be supplemented with a Notice of Filing the full copy of the Policy after it is received from the Defendant through the discovery process.

6. Defendant insured the Property continuously with annual insurance policy renewals.

7. The Claim for loss that is the subject of this Complaint occurred during the coverage period of the insurance issued by Defendant.

8. Under the terms of the Policy, Defendant insured the Plaintiffs against certain losses, including hurricane windstorm loss and damage, to Plaintiff's property located in Polk County at the street address of **3689** US Highway 176, Tryon, NC 28782 (the "Property").

9. While the Policy was in full force and effect, on or about September 27, 2024, the Property was damaged by windstorm from Hurricane Helene.

10. The loss and damage from Hurricane Helene is covered under the Policy, and includes loss for Loss of Income and Extra Expense.

11. Plaintiff filed a Claim with Defendant who assigned Claim Number 3374P613M.

12. All conditions precedent under the Policy were performed, satisfied, or otherwise waived.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff hereby incorporates and re-asserts the allegations in Paragraphs 1 through 12 above.

14. Defendant tendered a small payment that minimized the damage in the Claim including the scope and value of the repair for the insured Property, and denied the Claim in all other respects.

15. Defendant's payment for the Claim was less than the indemnifiable amount to repair the Insured's home to its pre-loss condition.

16. Defendant's conduct, by failing to pay full policy proceeds and failing to provide the benefits for the covered loss, and by otherwise denying coverage, is a breach of contract.

17. Plaintiff has been damaged as a result of the Defendant's breach of the insurance contract and brings this action in order to force the Insurer to satisfy its obligations under the insurance contract.

18. WHEREFORE, Plaintiffs, ADAM RAFAEL and JUSTIN RAFAEL, demand judgment against Defendant, STATE FARM FIRE AND CASUALTY COMPANY, for damages, interest thereon, costs, and for such other and further relief as this court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury of all issues so triable as of right by jury.

Dated this 29th day of October, 2025.

> LAW OFFICES OF GEOFFREY GILBERT, P.A.
> *Attorney for the Plaintiffs*
> Mailing Address: 80 NE 4th Avenue, Suite 12
> Delray Beach, Florida 33483
> (910) 500-7303 – Telephone
> GG@GilbertPropertyLaw.com
>
> By: _____
> Geoffrey Gilbert, Esq.
> NC State Bar No. 55548



State Farm Insurance

PO Box 2915
Bloomington, IL 61702-2915



RAFAEL, ADAM P & JUSTIN
5603 DELACROIX TER
PALM BCH GDNS FL 33418-5609

**State Farm Fire and Casualty Company**
A stock company with home offices in Bloomington, Illinois

Your State Farm Agent

**Wesley Greene**
856 Sweeten Creek Road Ste E
Asheville NC 28803-1548
Bus: 828-277-5877
Email: wesley.greene.tiy1@statefarm.com

# Renewal Declarations

**Policy number:** 93-AP-C966-7
**Policy period:** 12 months
*The policy period begins and ends at 12:01 am standard time at the premises location.*

**Effective date:** July 1, 2024
**Expiration date:** July 1, 2025

## BUSINESSOWNERS POLICY

**Automatic renewal** - If the State Farm® policy period is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## NAMED INSURED

RAFAEL, ADAM P & JUSTIN

## ENTITY

Partnership

## POLICY PREMIUM

*This is not a bill. If an amount is due, then a separate statement will be sent prior to the due date. The premium(s) shown below is the 12 months premium(s) for the characteristics of the policy as described in this Declarations.*

　　Premium: $4,277.00
　　Total Premium: $4,277.00

## Discounts applied:

Business Experience Rating　　　　　　　　　　Protective Devices
Years in Business

## IMPORTANT MESSAGE(S)

Notice - Information concerning changes in your policy language is included. Please call your agent if you have any questions.

Prepared: May 8, 2024
CMP Dec NC
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

Page 1 of 5

1005136-2014-152395 214 09-01-2023



## SECTION I - PROPERTY SCHEDULE

| Location number | Location of described premises | Limit of Insurance*<br>Coverage A -<br>Buildings | Limit of Insurance*<br>Coverage B - Business<br>Personal Property | Seasonal Increase -<br>Business Personal Property |
|---|---|---|---|---|
| 001 | 3689 US HIGHWAY 176<br>TRYON NC 28782-8657 | $738,000 | $134,400 | 25% |

\* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage.

### AUXILIARY STRUCTURES

| Location number | Description | Limit of Insurance*<br>Coverage A -<br>Buildings | Limit of Insurance*<br>Coverage B - Business<br>Personal Property |
|---|---|---|---|
| 001 | 1A-Garage or Carport | $59,700 | No Coverage |

\* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage.

### SECTION I - INFLATION COVERAGE INDEX(ES)

| | |
|---|---|
| Cov A - Inflation Coverage Index: | 225.2 |
| Cov B - Consumer Price Index: | 312.3 |

### SECTION I - DEDUCTIBLES

**BASIC DEDUCTIBLE**     $2,500

**SPECIAL DEDUCTIBLES:**

| | |
|---|---|
| Equipment Breakdown: | $2,500 |
| Money and Securities: | $250 |

Other deductibles may apply - refer to policy.

### SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES

The coverages and corresponding limits shown below apply separately to each described premises shown in these Declarations, unless indicated by "See schedule". If a coverage does not have a corresponding limit shown below, but has "Included" indicated, refer to that policy provision for an explanation of that coverage.

| Coverage | Limit of Insurance |
|---|---|
| Accounts Receivable | |
|     On Premises | $10,000 |
|     Off Premises | $5,000 |
| Arson Reward | $5,000 |
| Back-up of Sewer or Drain | $25,000 |
| Collapse | Included |
| Damage to Non-owned Buildings from Theft, Burglary or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $2,500 |



| Coverage | Limit of Insurance |
|---|---|
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Forgery or Alteration | $10,000 |
| Glass Expenses | Included |
| Increased Cost of Construction and Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Money Orders and Counterfeit Money | $1,000 |
| Money and Securities | |
|     On Premises | $5,000 |
|     Off Premises | $2,000 |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |
| Ordinance or Law - Equipment Coverage | Included |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up and Removal | $10,000 |
| Preservation of Property | 30 days |
| Property of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Valuable Papers and Records | |
|     On Premises | $10,000 |
|     Off Premises | $5,000 |
| Water Damage, Other Liquids, Powder or Molten Material Damage | Included |

## SECTION I – EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.

| Coverage | Limit of Insurance |
|---|---|
| Loss of Income and Extra Expense | 12 Months Actual Loss Sustained |

Policy number: 93-AP-C966-7
Prepared: May 8, 2024
© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Page 3 of 5
CMP-4000   Case 1:25-cv-00437-MOC-WCM   Document 1-2   Filed 12/12/25   Page 7 of 9



## SECTION II - LOCATION SCHEDULE

| Location number | Location of described premises |
|---|---|
| 001 | 3689 US HIGHWAY 176 |
|  | TRYON NC 28782-8657 |

## SECTION II - LIABILITY

| Coverage | Limit of Insurance |
|---|---|
| Coverage L - Business Liability Per Occurrence | $1,000,000 |
| Coverage M - Medical Expenses | $5,000 Any One Person |
| Damage to Premises Rented to You | $300,000 |
| Motel Watercraft Liability | Included |

| Aggregate Limits | Limit of Insurance |
|---|---|
| General Aggregate | $2,000,000 |
| Products/Completed Operations Aggregate | $2,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II – Liability in the Coverage Form and any attached endorsements.

Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

## FORMS AND ENDORSEMENTS

| | |
|---|---|
| CMP-4100 | Businessowners Coverage Form |
| CMP-4233.2 | Amendatory Endorsement (North Carolina) |
| CMP-4561.4 | Policy Endorsement |
| CMP-4705.2 | Loss of Income and Extra Expense |
| CMP-4706 | Back-up of Sewer or Drain |
| CMP-4709 | Money and Securities |
| CMP-4712 | Motel Watercraft Liability |
| FD-6007 | Inland Marine Attaching Declarations |
| FE-6999.3 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |

## SCHEDULE OF ADDITIONAL INTEREST(S)

Interest type: Mortgagee
Endorsement number: N/A
Loan number: 1160029016
    JPMORGAN CHASE BANK NA ISAOA/ATIMA
    PO BOX 4465
    SPRINGFIELD OH 45501-4465



This policy is issued by the State Farm Fire and Casualty Company.

**PARTICIPATING POLICY**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

President                                       Secretary

**OTHER MESSAGE(S)**

**NOTICE TO POLICYHOLDER:**

For a comprehensive description of coverage and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

**Your coverage amount....**

It is up to you to choose the coverage and limits that meet your needs. We recommend that you purchase a coverage limit equal to the estimated replacement cost of your structure. Replacement cost estimates are available from building contractors and replacement cost appraisers, or, your agent can provide an estimate from Xactware, Inc. using information you provide about your structure. State Farm does not guarantee that any estimate will be the actual future cost to rebuild your structure. Higher limits are available at higher premiums. Lower limits are also available, as long as the amount of coverage meets our underwriting requirements. We encourage you to periodically review your coverages and limits with your agent and to notify us of any changes or additions to your structure.

Policy number: 93-AP-C966-7
Prepared: May 8, 2024
© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Page 5 of 5
CMP-4000
Case 1:25-cv-00437-MOC-WCM    Document 1-2    Filed 12/12/25    Page 9 of 9